B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Southern District of Alabama
Case No. **09–15279**
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James A. Hatfield
222 Co Rd 940
Selma, AL 36703

Social Security / Individual Taxpayer ID No.:
xxx–xx–0837

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).


BY THE COURT

Dated: 6/18/14

MARGARET A. MAHONEY
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Southern District of Alabama
In re:                                                              Case No. 09-15279-MAM
James A. Hatfield                                                   Chapter 13
         Debtor                 CERTIFICATE OF NOTICE

District/off: 1128-2      User: toni                   Page 1 of 2           Date Rcvd: Jun 18, 2014
                          Form ID: B18W                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2014.
db          +James A. Hatfield,    222 Co Rd 940,   Selma, AL 36703-9394
2042646      Banktrust,    c/o Leonard Math,    P.O. Box 230759,   Montgomery, AL 36123-0759
2513652     +Capital One Bank (USA), N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
2026903    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC BANK,    P.O. Box 52530,    Carol Stream, IL 60196)
2069151     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk VA 23541-0907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: PRA.COM Jun 19 2014 01:28:00    PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk, VA 23541-0907
2026896     +E-mail/Text: jnichols@trustmark.com Jun 19 2014 01:44:57     BANK TRUST,   68 ST FRANCIS ST,
               Mobile, AL 36602-3811
2041253     +E-mail/Text: tmiller@trustmark.com Jun 19 2014 01:44:35     BANKTRUST,   PO BOX 799,
               SELMA, AL 36702-0799
2026897     +EDI: TSYS2.COM Jun 19 2014 01:28:00    BARCLAYS BK,   125 South West Street,
               Wilmington, DE 19801-5014
2152999     +E-mail/Text: jnichols@trustmark.com Jun 19 2014 01:44:57     Banktrust,   P.O. Box 3067,
               Mobile, AL 36652-3067
2152998     +E-mail/Text: tmiller@trustmark.com Jun 19 2014 01:44:35     Banktrust,   310 Broad St.,
               Selma, AL 36701-4556
2065638     +EDI: OPHSUBSID.COM Jun 19 2014 01:28:00    CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
2026898      EDI: CAPITALONE.COM Jun 19 2014 01:28:00     CAPITAL ONE,   PO BOX 5155,
               ATTN; BANKRUPTCY CORRESPONDENCE,    Norcross, GA 30091
2026900     +EDI: CHASE.COM Jun 19 2014 01:28:00    CHASE BANK,   201 N. WALNUT STREET,   MAILSTOP DE1-1027,
               Wilmington, DE 19801-2901
2079803      EDI: CAPITALONE.COM Jun 19 2014 01:28:00     Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 71083,   Charlotte, NC 28272-1083
2026901     +EDI: RMSC.COM Jun 19 2014 01:28:00    GEMB/SAM,   PO BOX 981400,   El Paso, TX 79998-1400
2026902     +EDI: RMSC.COM Jun 19 2014 01:28:00    GEMB/SAMDC,   PO BOX 981416,   El Paso, TX 79998-1416
2054367     +EDI: PRA.COM Jun 19 2014 01:28:00    PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,   NORFOLK VA 23541-0914
2576804     +EDI: PRA.COM Jun 19 2014 01:28:00    PRA Receivables Management, LLC,   POB 41067,
               Norfolk, VA 23541-1067
2551997     +EDI: OPHSUBSID.COM Jun 19 2014 01:28:00    Vanda, LLC,   c/o Weinstein & Riley, P.S.,
               2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BankTrust
cr*         +Vanda, LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
2026899*   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE,   PO BOX 5155,   ATTN; BANKRUPTCY CORRESPONDENCE,
               Norcross, GA 30091)
                                                                             TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 1128-2          User: toni                 Page 2 of 2                   Date Rcvd: Jun 18, 2014
                              Form ID: B18W              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2014 at the address(es) listed below:
          Daniel Ross   on behalf of Creditor   Vanda, LLC danielr@w-legal.com, advnotices@w-legal.com
          John C. McAleer, III   cperry@ch13mob.com, cdownload@ch13mob.com
          Leonard N. Math   on behalf of Creditor   BankTrust noticessd@chambless-math.com
          Richard Shinbaum   on behalf of Debtor James A. Hatfield rshinbaum@smclegal.com,
           selmaecf@gmail.com;sstation@smclegal.com
                                                                                                                                    TOTAL: 4